*Denied as moot.*
*Karen L. Litkovitz*
*10/18/18*

James Jamison 72347-061
F.C.I Gilmer
P.o box 6000
Glenville, WV 26351

In The United States District Court
Southern District of Ohio

| | |
|---|---|
| James Jamison<br>Plaintiff<br>-vs-<br>Jessica Knight<br>United States Federal<br>goverment<br>Defendant | Case 18-cv-00419<br>motion For Stay<br>on Petition 42 U.S.C<br>1983 Civil right claim<br>Pending Resolution of<br>Appeal |

Now Comes the plaintiff James Jamison pro moves and request this Court for and Stay of his 42 U.S.C 1983 civil right action suit pending resolution of his appeal

Respectfully Submitted this 21 day of August 2018

Respectfully Submitted
James Jamison